JOHN PARROTT, Appellant, *v.* GARDNER COLBY, Respondent.

(Argued October 3, 1877; decided November 13, 1877.)

REPORTED below, 6 Hun, 55.

*Albert Stickney*, for appellant.

*William G. Wilson*, for respondent.

Agree to affirm on opinion below.

All concur, except EARL, J., who reads for reversal. FOLGER, J., absent.

Judgment affirmed.

---

ALFRED ROSE, Appellant, *v.* MASON L. BALDWIN, Respondent.

(Argued October 4, 1877; decided November 13, 1877.)

*Ralph T. Wood*, for appellant.

*David B. Prosser*, for respondent.

Agree to affirm. No opinion.

All concur, except FOLGER and MILLER, JJ., absent.

Judgment affirmed.